IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ISAIYA A. LEWIS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV 12-498-RAW-KEW |
| BRUCE HOWARD, Warden, | ) ) ) |
| Respondent. | ) |

**OPINION AND ORDER
DENYING CERTIFICATE OF APPEALABILITY**

On this date the court dismissed petitioner's petition for a writ of habeas corpus for his failure to exhaust administrative and state court remedies. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases. *See also Montez v. McKinna*, 208 F.3d 862, 867 (10th Cir. 2000) (holding that "a state prisoner must obtain a COA to appeal the denial of a habeas petition, whether such petition was filed pursuant to § 2254 or § 2241").

IT IS SO ORDERED this 12th day of March 2014.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE